## United States District Court for the Northern District of Illinois

Case Number: 08CV3677                    Assigned/Issued By: DAJ

Judge Name: HART                         Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other ____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                      Receipt #: 2892784

Date Payment Rec'd: 06/27/08             Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

_1_ Original and _0_ copies on _06/27/08_ as to _DEF._____
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05