**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SUSAN MONTELLANO** | ) | |
| | ) | **Case No. 08 CV 03677** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Hon. William T. Hart** |
| | ) | |
| **CHARMING SHOPPES, INC., d/b/a** | ) | **Magistrate Judge Cox** |
| **FASHION BUG,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:   Lisa R. Kane
      Darren A. Bodner
      Janice A. Wegner
      Michael S. Young
      Tyler Manic
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street, Suite 1420
      Chicago, IL  60603
      Ph. (312) 606-0393

   PLEASE TAKE NOTICE that on July 16, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Hart or any Judge sitting in his place in the courtroom usually occupied by him in Room 2243 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint**.

Dated: July 9, 2008               Respectfully submitted,

                                  By: /s Gregory P. Abrams
                                       One of Its Attorneys

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001