IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN MONTELLANO | ) | |
| | ) | Case No. 08 CV 03677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. William T. Hart |
| | ) | |
| CHARMING SHOPPES, INC., d/b/a FASHION BUG, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 AND RULE 3.2 DISCLOSURE STATEMENT

Defendant Charming Shoppes, Inc. d/b/a Fashion Bug, by and through its attorneys, Morgan, Lewis & Bockius LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, respectfully submits the following disclosure statement:

Charming Shoppes, Inc., a publicly held entity, is the parent corporation of wholly owned subsidiary Fashion Bug. There are no other publicly owned entities owning more than 5% of Defendant.

Dated: July 9, 2008                                    Respectfully submitted,

                                                       By: /s Gregory P. Abrams
                                                           One of Its Attorneys

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

DB1/61957430.1

## **CERTIFICATE OF SERVICE**

I, Gregory P. Abrams, an attorney, hereby certify that I served a copy of the foregoing **Defendant's Rule 7.1 and Rule 3.2 Disclosure Statement** by filing it electronically through the Court's CM/ECF system, which directed a copy to:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Tyler Manic
Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, IL 60603
Ph. (312) 606-0393

on this 9th day of July, 2008.

s/ Gregory P. Abrams