IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN MONTELLANO,<br>    Plaintiff,<br><br>v.<br><br>CHARMING SHOPPES INC., d/b/a<br>FASHION BUG<br>    Defendant. | No. 08 CV 03677<br><br>Hon. William T. Hart<br> Magistrate Judge Cox |

## NOTICE OF FILING

TO: Sari M. Alamuddin, Esquire; Gregory P. Abrams, Esquire
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on *Friday,* **June 18, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiffs

## PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Monday, July 18, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiffs

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiffs
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093