**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN MONTELLANO | ) | |
| | ) | **Case No. 08 CV 03677** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Hon. William T. Hart** |
| | ) | |
| **CHARMING SHOPPES, INC., d/b/a** | ) | **Magistrate Judge Cox** |
| **FASHION BUG,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Charming Shoppes, Inc., d/b/a Fashion Bug ("Defendant"), by its attorneys, Morgan, Lewis & Bockius LLP, respectfully moves this Court for an extension of time, until and including August 21, 2008, to answer or otherwise respond to Plaintiff Susan Montellano's First Amended Complaint. In support of this motion, Defendant states as follows:

1.      On or about June 27, 2008, Plaintiff filed a complaint against Defendant alleging claims of race discrimination under 42 U.S.C. § 1981. Plaintiff's Complaint was served on Defendant on July 1, 2008.

2.      On July 9, 2008, Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, seeking to extend this deadline to August 21, 2008.

3.      On July 11, 2008, this Court entered an Order grating Defendant's Motion for Extension and setting the deadline of August 21, 2008 to respond to Plaintiff's Complaint.

4.      On July 18, 2008, Plaintiff filed her First Amended Complaint, adding an additional count under Title VII of the Civil Rights Act of 1964.  Defendant's Answer or other response to Plaintiff's First Amended Complaint is therefore due on or before August 7, 2008.

5.      Defendant requests that the deadline to respond to Plaintiff's First Amended Complaint be extended to and including August 21, 2008, the date that had been set for Defendant's response to Plaintiff's original Complaint.

6.      Defendant has only recently engaged the undersigned law firm to represent its interests in this action.  Defendant's attorneys are just beginning the process of investigating the allegations contained in Plaintiff's First Amended Complaint.  Defendant's attorneys will need additional time in order to gather the facts and investigate the legal issues in this case, determine the appropriate response(s), and prepare such response(s) to the First Amended Complaint.

7.      This motion for extension of time is made in the interest of judicial and fiscal economy, and Plaintiff will not be prejudiced by permitting Defendant additional time to respond to Plaintiff's First Amended Complaint.

8.      Plaintiff's counsel has been made aware of this request for an extension and has no objection to the instant motion.

WHEREFORE, Defendant Charming Shoppes, Inc. d/b/a Fashion Bug respectfully requests an order extending the deadline to file its answer or responsive pleading to Plaintiff's First Amended Complaint up to and including August 21, 2008.

3

Dated: July 21, 2008                              Respectfully submitted,

                                                  By: /s Gregory P. Abrams
                                                      One of Its Attorneys

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

DB1/62001916.1                                3

## CERTIFICATE OF SERVICE

I, Gregory P. Abrams, an attorney, hereby certify that I served a copy of the foregoing **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint** by filing it electronically through the Court's CM/ECF system, which directed a copy to:

> Lisa R. Kane
> Darren A. Bodner
> Janice A. Wegner
> Michael S. Young
> Tyler Manic
> Lisa Kane & Associates, P.C.
> 120 South LaSalle Street
> Suite 1420
> Chicago, IL  60603
> Ph. (312) 606-0393

on this 21th day of July, 2008.

s/ Gregory P. Abrams_____

DB1/62001916.1                                    4