**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Susan Montellano
                                           Plaintiff,

v.                                                           Case No.: 1:08−cv−03677
                                                                   Honorable William T. Hart

Charming Shoppes Inc.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/23/2008 is stricken. Defendant's unopposed motion for extension of time to 8/21/2008 to answer or otherwise plead to the first amended complaint [18] is granted. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.