AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SUSAN MONTELLANO, Plaintiff,

V.

CHARMING SHOPPES INC., d/b/a
FASHION BUG, Defendant.

CASE NUMBER: 08CV 3677

ASSIGNED JUDGE: JUDGE HART
MAGISTRATE JUDGE COX
EDA

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CHARMING SHOPPES INC., d/b/a FASHION BUG
450 Winks Lane
Cornwells Heights, PA 19020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Esperanza Arnold_
------------------------------
(By) DEPUTY CLERK

June 27, 2008
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
         Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Susan Montellano,            )
                             )
v                            )    08 CV 3677
                             )
Charming Shoppes Inc., d/b/a )
Fashion Bug,                 )

## AFFIDAVIT

I, Eric Afflerbach, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on July, 1, 2008 at 11:30 A, I served this Summons and Complaint upon **Charming Shoppes Inc., d/b/a Fashion Bug** at 450 Winks Lane, Cornwells Heights, PA 19020 by serving:

Name: DAWN FOLEY

Title: LEGAL ADMINISTRATOR

Description: Sex: F, Race: W, Age: 40

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

7/1/08

Process Server

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Washington Twp., Berks County
My Commission Expires December 5, 2009